

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Armando Sauzameda Mendoza,        * From the 441st District Court
        of Midland County,
        Trial Court No. CR55111.

Vs. No. 11-23-00123-CR        * July 25, 2024

The State of Texas,        * Memorandum Opinion by Trotter, J.
        (Panel consists of: Bailey, C.J.,
        Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgments below. Therefore, in accordance with this court's opinion, we affirm the judgments of the trial court as it relates to Armando Sauzameda Mendoza's convictions, but we reverse the judgments insofar as it relates to punishment. We remand this cause to the trial court for a new punishment hearing.